UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AYMEE HERNANDEZ,

    Plaintiff,

v.                                          Case No: 8:16-cv-2459-T-36TGW

OHIO MEDICAL, LLC,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on March 31, 2017 (Doc. 20). In the Report and Recommendation, Magistrate Judge Wilson recommends that the Court grant the parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice of Plaintiff's Complaint (Doc. 19). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The parties filed a Joint Statement of No Objections on April 12, 2017 (Doc. 21).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 20) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal

with Prejudice of Plaintiff's Complaint (Doc. 19) is **GRANTED.** The Settlement

Agreement (Doc. 19 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable

resolution of a bona fide dispute.

(3)     This action is **DISMISSED**, with prejudice.

(4)     The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on April 12, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record